UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20393-ALTONAGA

UNITED STATES OF AMERICA

v.

PATRICIA DEL
CARMEN DIAZ MADARIAGA,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S FIRST NOTICE OF INTENT TO UTILIZE EXPERT TESTIMONY

COMES NOW, the United States of America, through its undersigned counsel, and files this First Notice of Intent to Utilize Expert Testimony pursuant to Federal Rule of Evidence 702. In accordance with Federal Rule of Criminal Procedure 16, the United States intends to utilize the expert testimony of the following witnesses:

    1) <u>Lindsay M. Kaufman, Forensic Chemist, Drug Enforcement Administration</u>

    A.    <u>Training/Qualifications</u>:  The CV of this witness will be provided electronically to the Defendant.

    B.    <u>Summary of Testimony/Opinion and Basis</u>:  Ms. Kaufman will testify that it is her duty and responsibility to identify, analyze, and weigh controlled substances.  Ms. Kaufman will also testify about the processes used to weigh and identify controlled substances/narcotics that have been submitted for analysis.  Specifically, she will testify that in this case: (1) she received evidence containing suspected heroin; (2) she analyzed the substance; and (3) the substances tested positive for heroin.

Having made this disclosure, the United States demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases, the reasons for those opinions, and the witnesses' qualifications.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:  s/ Jonathan K. Osborne
    JONATHAN K. OSBORNE
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 0095693
    U.S. Attorney's Office – Narcotics - HIDTA
    11200 NW 20th Street
    Miami, Florida 33172
    Tel: (305) 715-7649
    Jonathan.Osborne@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2017, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system.

    /s/ Jonathan K. Osborne
    Assistant United States Attorney