UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CR-20393-ALTONAGA(s)

UNITED STATES OF AMERICA

vs.

PATRICIA DEL CARMEN DIAZ MADARIAGA,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States of America and the Defendant, Patricia Del Carmen Diaz Madariaga ("Defendant MADARIAGA"), through counsel, hereby stipulate and agree that had this case proceeded to trial, the following facts, among others, would have been proved beyond a reasonable doubt:

1. Beginning in 2016, law enforcement made contact with defendant Victor Ramon Leon Jimenez ("Defendant LEON"), a source of supply for narcotics in Ecuador, using a confidential source ("CS"). In April 2017, Defendant LEON agreed that his narcotics-trafficking organization would import and sell heroin to the CS.

2. On April 27, 2017, Defendant LEON met with the CS and an undercover officer ("UC") in Doral, Florida. During this audio- and video-recorded meeting, the UC and CS showed Defendant LEON "sham" United States currency and advised that they would be using that money to purchase the heroin. Defendant LEON then advised the UC that another member of Defendant LEON's organization would make the drug delivery in Miami, Florida.

3. On or about May 26, 2017, at the direction of Defendant LEON, Defendant

NAVARRETE and Defendant MADARIAGA traveled together to Miami, Florida, from Ecuador, on a commercial flight (AA 932), and brought with them approximately 5 kilograms of narcotics, disguised as chocolate bars in duty free bags.

4. On or about May 30, 2017, at the direction of Defendant LEON, Defendant NAVARRETE and Defendant MADARIAGA drove to a hotel parking lot in Miami, Florida, to conduct a 2.5-kilogram narcotics transaction. During that video- and audio-recorded meeting, Defendant NAVARRETE handed the UC a bag containing a Nike shoebox, inside of which was concealed approximately 2.5 kilograms of heroin, packaged in chocolate candy wrappers. In return, the UC gave Defendant NAVARRETE a suitcase containing "sham" U.S. currency. During this transaction, Defendant MADARIAGA stood nearby in the parking lot, observing the narcotics transaction, and reported to Defendant LEON using WhatsApp messenger. As Defendant NAVARRETE walked toward his vehicle with the suitcase, law enforcement detained him. Law enforcement then approached Defendant MADARIAGA, who continued communicating with Defendant LEON via WhatsApp while being arrested.

5. Incident to Defendant MADARIAGA's arrest, law enforcement recovered the purchase receipt corresponding with the Nike shoebox containing the heroin and approximately $5,000 cash from the bag of Defendant MADARIAGA. Furthermore, during a consensual search of the Defendants' hotel room, agents discovered approximately 2.5 additional kilograms of heroin (in chocolate candy wrappers), in a closet.

6. Subsequent investigation revealed that, between September 2016 and May 2017, Defendant MADARIAGA traveled with Defendant NAVARRETE from Ecuador to Miami; and that she received cash and Western Union wire payments from Defendant LEON for her services. DEA lab analysis confirmed that the total weight of the heroin contained in the chocolate candy

wrappers seized on May 30, 2017 is 4,965 grams (+/- 4 g).

7.  The parties agree that these facts, which do not include all facts known to the United States of America and the Defendant, meet the elements of Title 21, United States Code, Section 963, and are sufficient to prove Defendant MADARIAGA's guilt beyond a reasonable doubt in this case.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 10/17/17         By: _____
                            JONATHAN K. OSBORNE
                            ASSISTANT UNITED STATES ATTORNEY

Date: 10/13/17         By: _____
                            ROY J. KAHN
                            ATTORNEY FOR THE DEFENDANT

Date: 10/13/17         By: _____
                            PATRICIA DEL CARMEN DIAZ MADARIAGA
                            THE DEFENDANT